Keith D. WASHINGTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 58520.

Missouri Court of Appeals, Western District.

April 10, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 2001.

Application for Transfer Denied June 26, 2001.

Susan L. Hogan, Appellate Defender, Kansas City, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before SMART, P.J., SPINDEN, C.J., and HOWARD, J.

### Order

PER CURIAM.

Keith D. Washington appeals from the motion court's denial of his Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).